# United States District Court

WESTERN DISTRICT OF WASHINGTON

LOUIS MARK CHAOUSIS,

                  Plaintiff,

     v.

PIERCE COUNTY,

                Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-2445JKA

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**Plaintiff's Claims Should be DISMISSED and Judgment GRANTED in Favor of the Defendant.**

February 8, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk